No. 86–1257. SMITH v. UNITED STATES; and STEVENSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE

BRENNAN and JUSTICE MARSHALL would grant the petition for writ of certiorari and reverse the judgments of conviction. Reported below: 795 F. 2d 841 (first case); 807 F. 2d 178 (second case).